# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CRAIG HILBORN,<br><br>           Defendant. | Case No. 18-CR-44-2-JPS<br><br>**ORDER** |

   On March 9, 2018, the government filed an information against Defendant and his co-defendant, charging them with two counts of wire fraud, in violation of 18 U.S.C. § 1343. (Docket #1). On March 12, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to both counts of the Information. (Docket #3).

   The parties appeared before Magistrate Judge Nancy Joseph on April 2, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #20). Defendant entered a plea of guilty as to both counts contained in the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by independent factual bases containing each of the essential elements of the offenses. (Docket #19 at 1).

   On April 3, 2018, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 1. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's April 3, 2018 Report and Recommendation as to Defendant Craig Hilborn's guilty plea (Docket #19) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 26th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge